PLAYA DE ORO MINING COMPANY, Appellant, *v.* OTIS S. GAGE,
        Respondent, Impleaded with Others.

*Playa de Oro Mining Co.* v. *Gage,* 60 App. Div. 1, affirmed.
(Argued October 20, 1902; decided October 31, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered April
20, 1901, affirming a judgment in favor of defendant entered
upon a decision of the court on trial at Special Term.

*Richard Reid Rogers* and *Paul D. Cravath* for appellant.

*William M. K. Olcott* and' *T. B. Chancellor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, MARTIN and VANN, JJ.

---

TERESA RICE, Respondent, *v.* MARVIN A. CULVER, Appellant,
        and JULIUS FRIEDERICH, Respondent, Impleaded with Others.

(Submitted October 27, 1902; decided October 31, 1902.)

Motion for reargument denied, with ten dollars costs. (See
172 N. Y. 60.)

---

LYMAN A. STEVENS, Appellant, *v.* MARCELLUS ELECTRIC RAIL-
        ROAD COMPANY et al., Respondents.

*Stevens* v. *Marcellus Electric R. R. Co.,* 57 App. Div. 637, affirmed.
(Argued October 21, 1902; decided November 11, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
February 4, 1901, affirming a judgment in favor of defend-
ants entered upon the report of a referee.

*Wilson, Cobb & Ryan* for appellant.

*William B. Crowley* and *M. F. Dillon* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, MARTIN and VANN, JJ.